## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| NORTHBROOK PARK DISTRICT, on behalf of itself and all others similarly situated,<br><br>      Plaintiff,<br><br>    v.<br><br>MR. DAVID'S FLOORING INTERNATIONAL, LLC, DIVERZIFY+ LLC f/k/a MR. DAVID'S FLOORING INTERNATIONAL, LLC, PCI FLORTECH INC., VORTEX COMMERCIAL FLOORING, INC., CONSOLIDATED CARPET ASSOCIATES, LLC, MICHAEL P. GANNON, DELMAR E. CHURCH, JR., ROBERT A. PATREY, JR., and KENNETH R. SMITH,<br><br>      Defendants. | Civil Action No. 20-cv-07538 |

## **CORPORATE DISCLOSURE STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2 of the Northern District of Illinois, Plaintiff Northbrook Park District, states through its counsel, that it has no publicly-held affiliates and that no publicly-held company owns 5% or more of its stock.

Dated: December 18, 2020            Respectfully submitted,

                                           By: */s/ Michael L. Silverman*

                                           Michael L. Silverman
                                           Klint L. Bruno
                                           THE BRUNO FIRM, LLC
                                           205 North Michigan Avenue, Suite 810
                                           Chicago, Illinois 60601
                                           Telephone: (312) 321-6481
                                           msilverman@brunolawus.com
                                           kbruno@brunolawus.com

> Steven A. Kanner
> Michael J. Freed
> Brian M. Hogan
> FREED KANNER LONDON & MILLEN LLC
> 2201 Waukegan Road, Suite 130
> Bannockburn, Illinois 60015
> Telephone: (224) 632-4500
> skanner@fklmlaw.com
> mfreed@fklmlaw.com
> bhogan@fklmlaw.com
>
> *Counsel for Plaintiff and the Proposed Class*