IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Northbrook Park District<br><br>Plaintiff(s),<br><br>v.<br><br>Mr. David's Flooring International, LLC et al.<br><br>Defendant(s). | Case No. 20-cv7538<br>Judge Robert M. Dow |

### ORDER

Plaintiff's Uncontested Motion to Reschedule Case Deadlines [68] is granted; Plaintiff is given until January 28, 2022 to file its motion and supporting memorandum in favor of preliminary approval of the parties' class action settlement; the January 19, 2022 preliminary approval hearing is stricken and reset to February 9, 2022 at 9:30 a.m. and will be held telephonically. Participants should use the Court's toll-free call-in number 877-336-1829, conference access code is 6963747. Notice of motion date of 1/6/2022 is stricken and no appearances are necessary on that date.

Date: 1/4/2022                                                       /s/ Judge Dow