**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NORTHBROOK PARK DISTRICT, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MR. DAVID'S FLOORING INTERNATIONAL, LLC, DIVERZIFY+ LLC f/k/a MR. DAVID'S FLOORING INTERNATIONAL, LLC, PCI FLORTECH INC., VORTEX COMMERCIAL FLOORING, INC., CONSOLIDATED CARPET ASSOCIATES, LLC, COMMERCIAL CARPET CONSULTANTS, INC., MICHAEL P. GANNON, DELMAR E. CHURCH, JR., ROBERT A. PATREY, JR., and KENNETH R. SMITH,<br><br>Defendants. | Civil Action No. 20-cv-07538<br><br>Hon. Robert M. Dow, Jr. |

**PLAINTIFF'S MOTION FOR APPROVAL OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND CLASS REPRESENTATIVE SERVICE AWARD**

Plaintiff Northbrook Park District ("Plaintiff"), by and through its undersigned counsel, respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 23, for an Order approving attorneys' fees, reimbursement of expenses and a class representative service award.

After almost three years of an extensive pre-complaint investigation, litigation and arms'-length settlement negotiations in this complex antitrust matter, and despite facing significant legal challenges, Interim Co-Lead Counsel ("Class Counsel") has achieved a class-wide resolution of

this action for $1.73 million cash (the "Settlement Fund"). The Settlement[1] will provide direct and substantial monetary benefits to each member of the Settlement Class.

In light of the risks involved, the significant amount of time and resources invested in this case and the exceptional relief secured under the Settlement, Plaintiff respectfully requests that this Court approve an award of attorneys' fees to Class Counsel for one-third of the Settlement Fund, after litigation expenses and an appropriate class representative service award are first deducted. When taking into account the deductions out of the Settlement common fund before calculating attorneys' fees, Class Counsel's fee request is equivalent to 32.5% of the Settlement Fund. The requested attorneys' fees and class representative service award are reasonable and consistent with the market rates for legal services and service awards approved in similar class action matters.

In support of Plaintiff's Motion, Plaintiff incorporates by reference Plaintiff's Memorandum of Law in Support of Motion for Approval of Attorneys' Fees, Reimbursement of Expenses and Class Representation Service Award along with Class Counsel's supporting Joint Declaration, filed contemporaneously with this Motion. A proposed Order, attached to the Memorandum of Law as Exhibit 2, is also filed contemporaneously for the Court's consideration.

WHEREFORE, Plaintiff respectfully requests that the Court grant its Motion for Approval of Attorneys' Fees, Reimbursement of Expenses and Class Representation Service Award, and for such other further relief as the Court deems just and proper.

---

[1] Unless otherwise stated herein, capitalized terms shall have the same meaning as provided in the Parties' Settlement Agreement, which was attached as Exhibit 1 to Plaintiff's Memorandum of Law in Support of Unopposed Motion for Preliminary Approval of Proposed Settlement (Dkt. No. 77-1).

Dated: April 8, 2022

Respectfully submitted,

/s/ *Michael L. Silverman*
Michael L. Silverman
*msilverman@brunolawus.com*
Klint L. Bruno
*kbruno@brunolawus.com*
THE BRUNO FIRM, LLC
205 N. Michigan Avenue, Suite 810
Chicago, Illinois 60601
Telephone: 312.321.6481

/s/ *Steven A. Kanner*
Steven A. Kanner
*skanner@fklmlaw.com*
Michael J. Freed
*mfreed@fklmlaw.com*
Brian M. Hogan
*bhogan@fklmlaw.com*
FREED KANNER LONDON
& MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, Illinois 60015
Telephone: 224.632.4500

*Interim Co-Lead Class Counsel*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing Plaintiff's Motion for Approval of Attorneys' Fees, Reimbursement of Expenses and Class Representation Service Award was filed this 8th day of April 2022 via the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

/s/ *Michael L. Silverman*
Michael L. Silverman