IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Northbrook Park District<br><br>Plaintiff(s),<br><br>v.<br><br>Mr. David's Flooring International, LLC et al.<br><br>Defendant(s). | Case No. 20-cv-7538<br><br>Judge Robert M. Dow |

## **ORDER**

Plaintiff's unopposed motion to extend claims period and reschedule case deadlines [89] is granted. The Court adopts the following revised schedule for the remaining case deadlines: (i) by July 11, 2022, Settlement Class members shall submit a Claim Form, objection or request for exclusion from the Settlement Class; (ii) 14 days prior the rescheduled Fairness Hearing date, Settlement Class Counsel shall file with the Court its motion and supporting memorandum for final approval of the parties' Settlement Agreement and Defendants' counsel shall file with the Court proof of compliance with the notice requirements of The Class Action Fairness Act of 2005, 28 U.S.C. § 1715(b); and (iii) the previously scheduled June 22, 2022 Fairness Hearing and hearing on Plaintiff's motion for approval of attorneys' fees, reimbursement of expenses and class representative service award is stricken and reset to August 26, 2022, at 9:00 a.m. The hearing will be telephonic and participants should use the Court's toll-free call-in number 877-336-1829, conference access code is 6963747. Notice of motion date of 5/9/2022 is stricken and no appearances are necessary on that date.

Date: 5/5/2022                                                                 /s/ Judge Dow