IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NORTHBROOK PARK DISTRICT, on behalf of itself and all others similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>MR. DAVID'S FLOORING INTERNATIONAL, LLC, DIVERZIFY+ LLC f/k/a MR. DAVID'S FLOORING INTERNATIONAL, LLC, PCI FLORTECH INC., VORTEX COMMERCIAL FLOORING, INC., CONSOLIDATED CARPET ASSOCIATES, LLC, COMMERCIAL CARPET CONSULTANTS, INC., MICHAEL P. GANNON, DELMAR E. CHURCH, JR., ROBERT A. PATREY, JR., and KENNETH R. SMITH,<br><br>   Defendants. | Civil Action No. 20-cv-07538<br><br>Hon. Robert M. Dow, Jr. |

**PLAINTIFF'S UNOPPOSED MOTION FOR**
**FINAL APPROVAL OF PROPOSED SETTLEMENT**

Plaintiff Northbrook Park District ("Plaintiff"), by and through its undersigned counsel, hereby moves the Court, pursuant to Federal Rule of Civil Procedure 23, for an Order granting final approval of the proposed class action Settlement[1] as being fair, reasonable, and adequate.

---

[1] Unless otherwise stated herein, capitalized terms shall have the same meaning as provided in the Parties' Settlement Agreement, which is attached as Exhibit 1 to Plaintiff's Memorandum of Law in Support of Unopposed Motion for Preliminary Approval of Proposed Settlement. Dkt. No. 77-1.

In support of Plaintiff's Motion, Plaintiff incorporates by reference Plaintiff's Memorandum of Law in Support of Unopposed Motion for Final Approval of Proposed Settlement, filed contemporaneously with this Motion. A proposed Final Approval Order, attached to Plaintiff's supporting memorandum as Exhibit 4, is also filed contemporaneously for the Court's consideration. The Court has set a telephonic Fairness Hearing for this Motion as well as Plaintiff's Motion for Approval of Attorneys' Fees, Reimbursement of Expenses and Class Representative Service Award for August 26, 2022 at 9:00 a.m. Central (*see* Dkt. No. 91).

WHEREFORE, Plaintiff respectfully requests that the Court grant its Unopposed Motion for Final Approval of Proposed Settlement, including all requested relief with respect to the proposed Settlement of this class action, and also grant any other such relief as the Court deems appropriate.

Dated: August 12, 2022                                    Respectfully submitted,

/s/ *Michael L. Silverman*                                /s/ *Steven A. Kanner*
Michael L. Silverman                                      Steven A. Kanner
*msilverman@brunolawus.com*                               *skanner@fklmlaw.com*
Klint L. Bruno                                            Michael J. Freed
*kbruno@brunolawus.com*                                   *mfreed@fklmlaw.com*
THE BRUNO FIRM, LLC                                       Brian M. Hogan
205 N. Michigan Avenue, Suite 810                         *bhogan@fklmlaw.com*
Chicago, Illinois 60601                                   FREED KANNER LONDON
Telephone: 312.321.6481                                   & MILLEN LLC
                                                          2201 Waukegan Road, Suite 130
                                                          Bannockburn, Illinois 60015
                                                          Telephone: 224.632.4500

*Interim Co-Lead Class Counsel*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing Plaintiff's Unopposed Motion for Final Approval for Proposed Settlement was filed this 12th day of August 2022 via the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

*/s/ Michael L. Silverman*
Michael L. Silverman