# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Northbrook Park District

                                                                          Plaintiff,

v.

                                                                          Case No.: 1:20−cv−07538

                                                                          Honorable Robert M. Dow Jr.

Mr. David's Flooring International, LLC, et al.

                                                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 26, 2022:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Motion hearing held telephonically. Plaintiff's unopposed motion for final approval of proposed settlement [93] is granted. Plaintiff's motion for approval of attorneys' fees, reimbursement of expenses and class representative service award [84] is granted. Signed orders to follow. Civil case terminated. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.